**Order filed September 1, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00545-CV

_____

**REYNA ISABEL TABORDA AND PHILLIP L. HURLEY, Appellants**

**V.**

**SRINIVASACHARY V. TAMIRISA AND BARRY POWELL, Appellees**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-221564**

## O R D E R

The notice of appeal in this case was filed July 11, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 12, 2016.** _See_ Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

Unless appellants pay or make arrangements to pay for the record and provide this court with proof of payment by **September 12, 2016**, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM